# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, for the use and benefit of Gregg Chambers & Sons, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Travelers Casualty and Surety Company of America, et al.,<br><br>Defendants. | Case No.: 2:13-cv-400-JAD-CWH<br><br>**Order Granting Plaintiff's Motion for Leave to Amend Its Complaint [Doc. 40]** |

Plaintiff United States of America for the use and benefit of Greg Chambers & Sons, LLC, ("GCS") filed this suit against Defendant Granite Petroleum, Inc. on March 8, 2013, alleging contractual breaches from a construction project on federal property. Doc. 1.[1] On July 16, 2013, GCS moved to amend its Complaint against Granite to add "a claim for relief for [Granite's] violation of the Federal Prompt Pay Act," 31 U.S.C. § 3905. Doc. 40 at 2. Granite's response points out that although GCS did not contact it to request a stipulation prior to requesting leave to amend, "[g]iven the early stages of the case and the absence of prejudice to Granite . . . Granite . . . stipulates that leave be granted." Doc. 41 at 1.

Fed. R. Civ. Proc. 15(a) provides that when an pleading amendment is sought after the 21-day deadline for filing as a matter of course, "a party may amend its pleading only with

---

[1] There is no record of a Summons ever being returned executed as to Grainte, although one was issued on March 8, 2013. Doc. 1. In any event, Granite answered the Complaint on April 17, 2013.

1

the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires." Rule 15(a)(2).  Although GCS did not technically obtain a *stipulation* from Granite prior to filing its motion, Granite's response voluntarily stipulates to granting of leave.  The Court's evaluation of GCS's filing reveals no reason that the proposed amended complaint should not be allowed.

Accordingly, based upon the foregoing reasons and with good cause appearing and no reason for delay,

It is **HEREBY ORDERED** that GCS's Motion for Leave to Amend Its Complaint [Doc. 40] is **GRANTED.**  GCS is directed to file its Amended Complaint within 10 days of this Order.

DATED: January 16, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2