**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit on behalf of GREGG CHAMBERS & SONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-00400-JCM-CWH<br><br>**ORDER** |

　　　This matter is before the Court on Defendant Merchant Bonding Company's Motion to Substitute Counsel (#55), filed January 22, 2014.  Having reviewed the Motion, the undersigned finds that requirements of LR IA 10-6(c) have been met.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant Merchant Bonding Company's Motion to Substitute Counsel (#55) is **granted**.

　　　DATED: January 23, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**