John C. Black, *pro hac vice*
Kevin W. Roberts, *pro hac vice*
Dunn Black & Roberts, P.S.
111 N. Post, Ste. 300
Spokane, WA 99201-0907
Telephone:  (509) 455-8711
Facsimile:  (509) 455-8734
jblack@dunnandblack.com
kroberts@dunnandblack.com

Paul J. Georgeson, Nevada Bar No. 5322
Patrick J. Murch, Nevada Bar No. 10162
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505
Telephone: (775) 788-2000
Facsimile: (775)788-2020
pgeorgeson@mcdonaldcarano.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of GREGG CHAMBERS & SONS, LLC, a Utah limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation; and GRANITE PETROLEUM, INC., a Washington corporation, <br><br> Defendants. | NO. 2:13-cv-00400-JAD-CWH <br><br> **STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** |
| GRANITE PETROLEUM, INC., a Washington corporation, <br><br> Counterclaimant, <br><br> vs. | |

STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE - 1

DunnBlack&Roberts, P.S.
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

| | |
|---|---|
| GREGG CHAMBERS & SONS, LLC, a Utah limited liability company, | ) ) ) |
| Counterdefendant. | ) ) |
| GRANITE PETROLEUM, INC., a Washington corporation, | ) ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| MERCHANTS BONDING COMPANY, an Iowa corporation, | ) ) ) |
| Third Party Defendant | ) ) |

Plaintiff United States Of America For The Use And Benefit Of Gregg Chambers & Sons, LLC, by and through its attorneys of record, and Defendants Travelers Casualty And Surety Company Of America and Granite Petroleum, Inc., by and through their attorneys of record, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs to any party.

DATED this 11th day of February, 2015

        s/Kevin W. Roberts
        JOHN C. BLACK, *pro hac vice*
        KEVIN W. ROBERTS, *pro hac vice*
        Dunn Black & Roberts, P.S.
        111 North Post, Ste. 300
        Spokane, WA 99201
        Telephone:  (509) 455-8711
        Fax:     (509) 455-8734
        jblack@dunnandblack.com
        kroberts@dunnandblack.com
        Attorneys for Defendants

        s/Kent B. Scott
        KENT B. SCOTT, *pro hac vice*
        Babcock Scott & Babcock, P.C.
        Attorneys for Greg Chambers & Sons, LLC

STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE - 2

1  John C. Black, *pro hac vice*
   Kevin W. Roberts, *pro hac vice*
2  Dunn Black & Roberts, P.S.
   111 N. Post, Ste. 300
3  Spokane, WA 99201-0907
   Telephone:  (509) 455-8711
4  Facsimile:  (509) 455-8734
   jblack@dunnandblack.com
5  kroberts@dunnandblack.com

6  Paul J. Georgeson, Nevada Bar No. 5322
   Patrick J. Murch, Nevada Bar No. 10162
7  MCDONALD CARANO WILSON LLP
   100 West Liberty Street, 10th Floor
8  P.O. Box 2670
   Reno, NV 89505
9  Telephone: (775) 788-2000
   Facsimile: (775)788-2020
10 pgeorgeson@mcdonaldcarano.com

11 Attorneys for Defendants
12

13              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEVADA
14

15 UNITED STATES OF AMERICA for the          )
   use and benefit of GREGG CHAMBERS &       )   NO. 2:13-cv-00400-JAD-CWH
16 SONS, LLC, a Utah limited liability       )
   company,                                  )   **ORDER OF DISMISSAL WITH**
17                                           )   **PREJUDICE**
                    Plaintiff,               )
18                                           )
          vs.                                )
19                                           )
   TRAVELERS CASUALTY AND SURETY             )
20 COMPANY OF AMERICA, a foreign             )
   corporation; and GRANITE PETROLEUM,       )
21 INC., a Washington corporation,           )
                                             )
22                  Defendants.              )
   GRANITE PETROLEUM, INC., a                )
23 Washington corporation,                   )
                                             )
24                  Counterclaimant,         )
                                             )
25        vs.                                )
                                             )
26 ORDER OF DISMISSAL WITH
   PREJUDICE - 1

DunnBlack&Roberts, P.S.
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

| | |
|---|---|
| GREGG CHAMBERS & SONS, LLC, a Utah limited liability company, | ) ) ) |
| Counterdefendant. | ) ) |
| GRANITE PETROLEUM, INC., a Washington corporation, | ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| MERCHANTS BONDING COMPANY, an Iowa corporation, | ) ) ) |
| Third Party Defendant | ) ) |

Based upon the parties' Stipulated Motion for Order of Dismissal with Prejudice (#108), and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is hereby DISMISSED with prejudice, each party to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  February 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Kevin W. Roberts
JOHN C. BLACK, pro hac vice
KEVIN W. ROBERTS, pro hac vice
Attorneys for Defendants

Approved as to form;
Notice of presentation waived:


s/Kent B. Scott
KENT B. SCOTT, *pro hac vice*
Babcock Scott & Babcock, P.C.
Attorneys for Plaintiff

ORDER OF DISMISSAL WITH PREJUDICE - 2

DunnBlack&Roberts, P.S.
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734